**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**SAMUEL JONES**

Plaintiff,

Hon. F. Kay Behm
Case No. 26-11496

v.

**CHIEF TODD BETTISON, CITY OF DETROIT, BRANDON KLANKE, AND JESSICA DELAGARZA**

Defendants
_______________________________________/

**SAMUEL JONES (In Pro Per)**
12854 Hickory St.
Detroit, MI 48205

**CALVERT BAILEY (P-42409)**
Attorney for Defendants Klanke and Delagarza
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3004
_______________________________________/

**DEFENDANTS BRANDON KLANKE AND JESSICA DELAGARZA'S RESPONSE TO PLAINTIFF' MOTION FOR DEFAULT JUDGMENT**

**NOW COME,** Defendants Brandon Klanke and Jessica Delagarza by and through their undersigned attorney and in response to Plaintiff's Motion for Default Judgment respond as follows:

## I. GOOD CAUSE EXISTS AS DEFENDANTS WERE NOT PROPERLY SERVED

Plaintiff alleges in his Motion that Defendants Klanke and Delagarza were properly served. In response to a Show Cause Order from this Court, Plaintiff presented an Affidavit from Tracey Carlise who stated that he served Defendants

on May 6, 2026 at the 9th Precinct. Defendants have attached Affidavits that neither were present at the 9th Precinct to be served on May 6, 2026, (See Attached Affidavits).

The decision to set aside a default is ordinarily within the sound discretion of the court. *Shepard Claims Service v. William Darrah & Associates,* 796 F2d 190 (CA 6 1986). Under the Federal Rules of Civil Procedure, it is sufficient for the moving party to show good cause. FRCP 55(c). The deciding court must also be mindful of the general policy that "trials on the merits are favored in the federal courts". *Berthelsen v. Kane,* 907 F. 2d 617, 620 (CA 6 1990).

Thus, Good Cause exists because neither Defendant was properly served with the summons and complaint on the date, time, and location alleged by Plaintiff.

## II. DEFENDANTS HAVE A MERITORIOUS DEFENSE TO THE CLAIMS ALLEGED

Plaintiff alleges in his Complaint that on June 10, 2025 and October 28, 2025, Defendant Officers illegally searched his residence located at 12854 Hickory St. in the City of Detroit. Defendants have a meritorious defense to this claim as the entry into the residence was conducted pursuant to a search warrant, (See Attached Search Warrant). A 9mm handgun and ammunition were recovered from the residence as well as spent casings on the porch and driveway.

Thus, Defendants have presented a meritorious defense to Plaintiff's claim.

**III. PLAINTIFF WILL NOT BE PREJUDICED BY DENIAL OF THE MOTION FOR DEFAULT JUDGMENT**

Plaintiff would not be prejudiced by the denial of the Motion for Default Judgment as there has been no formal discovery conducted so far and there is a pending Motion to Amend Pleadings filed by Plaintiff.

**RELIEF REQUESTED**

Wherefore, Defendants Brandon Klanke and Jessica Delagarza respectfully request that this Honorable Court deny Plaintiff's Motion for Default Judgment.

Respectfully submitted,

/s/Calvert Bailey
**CALVERT BAILEY (P-42409)**
Attorney for Defendants Klanke and Delagarza
2 Woodward Ave., Ste. 500
Detroit, Michigan 48226
(313) 237-3004
bailc@detroitmi.gov

Dated: November 12, 2026