UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL JONES,

Plaintiff,

v.

DETROIT, CITY OF, ET AL.,

Defendants.
_____________________________/

Civil Action No. 26-11496

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING (ECF No. 32), ORDERING CLERK OF COURT TO ISSUE SUMMONSES FOR NEW DEFENDANTS, AND GRANTING MOTIONS TO SET ASIDE DEFAULTS (ECF Nos. 33, 34)**

On May 5, 2026, *pro se* plaintiff Samuel Jones ("Jones") filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Detroit Police Department and "Unknown Detroit Police Officers," which he referred to as "John Doe Officers 1-10." (ECF No. 1). On June 23, 2026, Jones filed an amended complaint in which he identified officers Jessica Delagarza ("Delagarza") and Brandon Klanke ("Klanke") as two of the John Doe officers. (ECF No. 8, PageID.28). On August 12, 2026, Jones filed a motion for default judgment against Delagarza and Klanke. (ECF No. 19). Attorney Calvert A. Bailey later appeared on their behalf, and they moved to set aside those defaults. (ECF Nos. 33, 34).

On November 17, 2026, the Court held a hearing on Jones' motion for default judgment, and also discussed with the parties Delagarza's and Klanke's motions to set aside the defaults (ECF Nos. 33, 34) as well as Jones' motion to supplement his complaint (ECF No. 32), in which he seeks to add numerous defendants relative to two alleged

incidents that occurred since Jones filed his initial complaint, and which are related to the events giving rise to that pleading.

Because the Court has issued a Report and Recommendation to deny Jones' motion for default judgment (ECF No. 40) (and in light of Jones' concurrence at the hearing), **IT IS ORDERED** that Delagarza's and Klanke's motions to set aside default **(ECF Nos. 33, 34)** are **GRANTED**.

Also, for the detailed reasons stated on the record at the hearing (and in light of Defendants' concurrence), **IT IS ORDERED** that Jones' motion to supplement the complaint **(ECF No. 32)** is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court shall issue summonses for the additional defendants named in Jones' proposed supplemental complaint: **Officer A. Rebecca, Badge No. 4398; Officer Z. Melendez, Badge No. 3048; Officer Unknown Nicholae; Officer Unknown Hughes, Badge No. *445; and Officer Unknown King, Badge No. 3640**.

To simplify service on these new defendants, attorney Bailey agreed to inquire if they are willing to waive service of process, and if not, to work with Jones to facilitate service on them. Jones and attorney Bailey shall meet and confer regarding those matters by **December 10, 2026**. In the event the parties are unable to reach an agreement, Jones will need to accomplish service on the new defendants pursuant to the applicable Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 19, 2026

s/ David R. Grand
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 19, 2026.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager